**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-4539**

UNITED STATES OF AMERICA,

Plaintiff – Appellee,

v.

DANA MICHAEL IDE,

Defendant – Appellant.

Appeal from the United States District Court for the Southern District of West Virginia, at Parkersburg.  Joseph R. Goodwin, Chief District Judge.  (6:01-cr-00256-3)

Submitted:  January 19, 2011          Decided:  February 7, 2011

Before SHEDD, AGEE, and KEENAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Mary Lou Newberger, Federal Public Defender, Jonathan D. Byrne, OFFICE OF THE FEDERAL PUBLIC DEFENDER, Christian M. Capece, Assistant Federal Public Defender, Charleston, West Virginia, for Appellant.  R. Booth Goodwin, II, United States Attorney, Blaire L. Malkin, Assistant United States Attorney, Charleston, West Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dana Michael Ide appeals the district court's April 29, 2010 order revoking his supervised release and sentencing him to eleven months in prison. The sole issue raised on appeal is whether, under 18 U.S.C. § 3624(e) (2006), a term of supervised release is tolled while a defendant is held in pretrial detention on charges of which he is subsequently convicted. We recently held that such detention does toll the supervised release term. United States v. Ide, 624 F.3d 666, 667 (4th Cir. 2010).

Under this authority, the petition for revocation of release filed in March 2010 was timely. Accordingly, we affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2